## William McNabb, Trading as Hardin Drug Company, Appellant, v. Joseph C. Schmieder et al., Appellees.

Gen. No. 9,547.

440

opinion filed October 29, 1947; released for publication November 25, 1947. C. C. Worthy, for appellant; Verlie, Eastman & Schlafly, Emerson Baetz, J. Clark Anderson, S. L. Miller and William M. Cox, for various appellees. Opinion by JUSTICE HAYES. Not to be published in full.